UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 07-22463-CIV-GOLD/MCALILEY

LINDSAY JENKINS

      Plaintiff,

v.

DEUTSCHE BANK, et al.,

      Defendants.
_____/

## ORDER

This CAUSE comes before the Court on Plaintiff's Response to Order to Show Cause [DE 39]. In the Response, Plaintiff, who is *pro se*, informs the Court that service has not been perfected against Defendants because the Clerk of the Court has not issued summonses pursuant to my Order [DE 13]. However, the Clerk's failure to do so is due to Plaintiff's failure to prepare the necessary summonses for issuance.

In view of Plaintiff's First Amended Complaint [DE 38], which notwithstanding prior problems with service of process is permitted as of right under Fed. R. Civ. P. 15(a)(1)(A), Plaintiff shall serve the Amended Complaint on Defendants according to the Federal Rules of Civil Procedure. This shall include preparing the necessary summonses for issuance by the Clerk. Plaintiff is instructed to contact the Clerk of the Court with respect to questions about service. Service shall be completed within 120 days of the date the Amended Complaint was filed. Failure to do so will result in dismissal of this action. Defendants' Motion to Dismiss [DE 35] and Plaintiff's Cross-Motion for Default [DE 41] are denied as moot.

Finally, having reviewed Defendants' Motion for Order Enforcing Plaintiff's

Compliance with Previously Issued Instructions to Pro Se Litigants [DE 37], I have determined that, pursuant to 28 U.S.C. § 636 and the Magistrate Rules of the Local Rules of the Southern District of Florida, this Motion shall be referred to the Honorable Chris M. McAliley to determine the merits of this Motion and to take all necessary and proper action as required by law. Accordingly, it is hereby

ORDERED AND ADJUDGED that

1. Plaintiff shall serve the First Amended Complaint [DE 38] according to the instructions set forth above.

2. Defendants' Motion to Dismiss [DE 35] and Plaintiff's Cross-Motion for Default [DE 41] are DENIED as moot.

3. Defendants' Motion [DE 37] is REFERRED to the Honorable Chris M. McAliley.

DONE AND ORDERED in Chambers in Miami, Florida this ___ day of _____, 2008.

THE HONORABLE ALAN S. GOLD
UNITED STATES DISTRICT JUDGE

cc:
All counsel of record
U.S. Magistrate Judge Patrick A White

From Chambers via U.S. Mail

Lindsay Jenkins
300 Burns Street
Forest Hills, NY 11375