UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 07-22463-CIV-GOLD/TURNOFF

LINDSAY JENKINS,

        Plaintiff,

vs.

DEUTSCHE BANK, et al.,

        Defendants.
_____/

FILED by _____ D.C.
MAY 29 2009
STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA. – MIAMI

## MOTION TO ENTER DEFAULT AND DEFAULT JUDGMENT

## AGAINST DEUTSCHE BANK DEFENDANTS

Plaintiff Lindsay Jenkins moves the Court for an order and judgment against the following Deutsche bank defendants:

**JOSEF ACKERMANN, HUGO BANZIGER, ANTHONY DI IORIO, STEFAN KRAUSE, HERMANN-JOSEF LAMBERTI, CLEMENS BORSIG, KARIN RUCK, WOLFGANG BOHR, KARL-GERHARD EICK, HEIDRUN FORSTER, ALFRED HERLING, GERD HERZBERG, PETER JOB, HENNING KAGERMANN, MARTINA KLEE, SUZANNE LABARGE, MAURICE LEVY, HENRIETTE MARK, GABRIELE PLATSCHER, THEO SIGERT, JOHANNES TEYSSEN, MARIEHN THIEME, TILMAN TODENHOFER, WERNER WENNING, LEO WUNDERLICH**

These individuals were personally served at their place of business, Deutsche Bank, as per the proof of service by an independent process server on file with the Court, and have failed to answer or otherwise plead. They are in default and have admitted the allegations of the Complaint.

Respectfully submitted,

LINDSAY JENKINS
300 Burns Street
Forest Hills, NY 11375
Toll-free tel. (888) 552-2194
Toll-free fax (888) 696-3799
(fax not to exceed 10 pp.)

Certificate of service

I certify I have served George Andrews, Esq., Akerman Senterfitt, Suite 1600, 350 E. Las Olas Blvd., Fort Lauderdale, FL 33301 by fax to (954) 463-2224, and Morgan Lewis, 200 S. Biscayne Blvd., Miami, FL 33131 via fax (305) 415-3001 on May 26, 2009.

LINDSAY JENKINS